FITZGERALD YAP KREDITOR LLP
Eoin L. Kreditor (SBN 151131)
    ekreditor@fyklaw.com
John C. Clough (SBN 320029)
    jclough@fyklaw.com
16148 Sand Canyon Avenue
Irvine, California 92618
Telephone:   (949) 788-8900
Facsimile:   (949) 788-8980

Attorneys for Plaintiff,
AMERICAN TOWERS LLC
(successor-in-interest to The Westlink Company)

ROPERS, MAJESKI, KOHN & BENTLEY
TODD A. ROBERTS (SBN 129722)
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:       todd.roberts@rmkb.com

Attorneys for Defendant,
MARSHALL E. JACKSON AND NADJA M. JACKSON, co-trustees of The Jackson Family Trust dated March 9, 2005

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TOWERS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALL E. JACKSON and NADJA M. JACKSON, co-trustees of The Jackson Family Trust dated March 9, 2005,<br><br>Defendant. | CASE NO. 2:18-CV-01745-TLN-CMK<br><br>**Hon. Troy L. Nunley**<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br>**(L.R. 144)**<br><br>Complaint Served: June 19, 2018<br>Current Response Date: July 31, 2018<br>New Response Date: August 21, 2018 |

4819-5323-0447.1
8/6/18 12:57 PM

1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2 | WHEREAS, on July 7, 2018 the parties filed a stipulation pursuant to the Eastern District Local Rule 144 (Fed. Rules Civ. Proc., rule 6), stating that Defendants Marshall E. Jackson and Nadja M. Jackson, co-trustees of The Jackson Family Trust dated March 9, 2005 (collectively "JACKSON TRUST") may have up to and including July 31, 2018 to file an answer or otherwise respond to the complaint. That was the first extension of time in this case and extended the time to file by twenty-one days.

WHEREAS, pursuant to the Eastern District Local Rule 144, the parties now seek the Court's approval of Plaintiff AMERICAN TOWERS LLC's and the JACKSON TRUST's second stipulation providing that the JACKSON TRUST may have up to and including August 21, 2018, to file an answer or otherwise respond to the complaint. This is the second extension of time in this case.

WHEREAS, AMERICAN TOWERS and JACKSON TRUST seek this extension because the parties are in the process of negotiating a settlement and will need another twenty-one days to determine whether settlement can be facilitated.

//
//
//
//
//
//
//
//
//
//
//
//
//

NOW, THEREFORE, by and through their respective counsel of record, AMERICAN TOWERS and JACKSON TRUST hereby stipulate and agree, subject to approval by the Court, that the JACKSON TRUST's answer and/or response to AMERICAN TOWER's complaint in this matter shall be due on August 21, 2018.

**IT IS SO STIPULATED.**

Dated: August __7___, 2018　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
Todd A. Roberts
Attorneys for Defendant
MARSHALL E. JACKSON and NADJA M. JACKSON, co-trustees of The Jackson Family Trust dated March 9, 2005

Dated: August __7___, 2018　　　　　FITZGERALD YAP KREDITOR LLP

By: /s/
Eoin L. Kreditor
John C. Clough
Attorneys for Plaintiff
AMERICAN TOWERS LLC
(successor-in-interest to The Westlink Company)

In accordance with the foregoing stipulation, **IT IS SO ORDERED.**

Dated: August 10, 2018

Troy L. Nunley
United States District Judge