FITZGERALD YAP KREDITOR LLP
Eoin L. Kreditor (SBN 151131)
　ekreditor@fyklaw.com
John C. Clough (SBN 320029)
　jclough@fyklaw.com
16148 Sand Canyon Avenue
Irvine, California 92618
Telephone: (949) 788-8900
Facsimile: (949) 788-8980
Attorneys for Plaintiff
AMERICAN TOWERS LLC
(successor-in-interest to The Westlink Company)

ROPERS, MAJESKI, KOHN & BENTLEY
Todd A. Roberts (SBN 129722)
　todd.roberts@rmkb.com
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Attorneys for Defendant
MARSHALL E. JACKSON and NADJA M. JACKSON,
co-trustees of The Jackson Family Trust dated March 9, 2005

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TOWERS LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARSHALL E. JACKSON and NADJA M. JACKSON, co-trustees of The Jackson Family Trust dated March 9, 2005,<br><br>　　　　Defendant. | CASE NO. 2:18-CV-01745-TLN-CMK<br>Hon. Troy L. Nunley<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br>**(L.R. 144)**<br><br><br>Complaint Served:　　June 19, 2018<br>Current Response Date: August 21, 2018<br>New Response Date:　　September 18, 2018 |

-1-
THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

WHEREAS, on July 7, 2018, the parties filed a stipulation pursuant to the Eastern District Local Rule 144 (Fed. Rules Civ. Proc., Rule 6), stating that Defendants Marshall E. Jackson and Nadja M. Jackson, co-trustees of The Jackson Family Trust dated March 9, 2005 (collectively "Jackson Trust") may have up to and including July 31, 2018 to file an answer or otherwise respond to the complaint. That was the first extension of time in this case and extended the time to file by twenty-one days.

Subsequent to that initial stipulation for extension of time to file an answer or otherwise respond to the complaint, the parties entered into a second stipulation for an extension of time in this case and extended the time to file until August 21, 2018. That second stipulation was ratified by this Court on August 10, 2018. (Dkt. No. 10.)

WHEREAS, pursuant to the Eastern District Local Rule 144, the parties now seek the Court's approval of plaintiff American Towers LLC's and the Jackson Trust's third stipulation providing that the Jackson Trust may have up to and including September 18, 2018, to file an answer or otherwise respond to the complaint. This is the third extension of time in this case.

WHEREAS, American Towers, LLC and Jackson Trust seek this extension because the parties are still negotiating a complete settlement and need additional time to finalize the settlement terms or determine that a settlement cannot be achieved at this time.

//
//
//
//
//

NOW, THEREFORE, by and through their respective counsel of record, American Towers, LLC and Jackson Trust hereby stipulate and agree, subject to approval by the Court, that the Jackson Trust's answer and/or response to American Towers, LLC's complaint in this matter shall be due on September 18, 2018.

**IT IS SO STIPULATED.**

Dated: August __21__, 2018          ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
Todd A. Roberts
Attorneys for Defendants
MARSHALL E. JACKSON and
NADJA M. JACKSON, co-trustees of
The Jackson Family Trust dated March 9, 2005

Dated: August __21__, 2018          FITZGERALD YAP KREDITOR LLP

By: /s/
Eoin L. Kreditor
John C. Clough
Attorneys for Plaintiff
AMERICAN TOWERS LLC
(successor-in-interest to The Westlink Company)

In accordance with the foregoing stipulation, **IT IS SO ORDERED.**

Dated: August 22, 2018

Troy L. Nunley
United States District Judge