FITZGERALD YAP KREDITOR LLP
Eoin L. Kreditor (SBN 151131)
    ekreditor@fyklaw.com
John C. Clough (SBN 320029)
    jclough@fyklaw.com
2 Park Plaza, Suite 850
Irvine, California 92614
Telephone:   (949) 788-8900
Facsimile:   (949) 788-8980
Attorneys for Plaintiff
AMERICAN TOWERS LLC
(successor-in-interest to The Westlink Company)

ROPERS, MAJESKI, KOHN & BENTLEY
Todd A. Roberts (SBN 129722)
    todd.roberts@rmkb.com
1001 Marshall Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701
Attorneys for Defendant
MARSHALL E. JACKSON and NADJA M. JACKSON,
co-trustees of The Jackson Family Trust dated March 9, 2005

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TOWERS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALL E. JACKSON and NADJA M. JACKSON, co-trustees of The Jackson Family Trust dated March 9, 2005,<br><br>Defendant. | CASE NO.  2:18-CV-01745-TLN-CMK<br>Hon. Troy L. Nunley<br><br>**FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br>**(L.R. 144)**<br><br>Complaint Served:        June 19, 2018<br>Current Response Date: September 18, 2018<br>New Response Date:     November 16, 2018 |

-1-
FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

4835-4488-3059.1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

WHEREAS, on June 18, 2018, plaintiff American Towers LLC ("American Towers") commenced this action seeking declaratory relief and damages for breach of contract, breach of implied covenant of good faith and fair dealing and breach of the covenant of quiet use and enjoyment concerning a lease agreement for the use of real property in Redding, California to use for the development and operation of a wireless communication facility. (Dkt. No. 1.)

WHEREAS, on July 7, 2018, the parties filed a stipulation pursuant to the Eastern District Local Rule 144 (Fed. Rules Civ. Proc., Rule 6), stating that defendants Marshall E. Jackson and Nadja M. Jackson, co-trustees of The Jackson Family Trust dated March 9, 2005 (collectively "Jackson Trust") may have up to and including July 31, 2018 to file an answer or otherwise respond to the complaint. (Dkt. No. 8.) That was the first extension of time in this case and extended the time to file by twenty-one days.

WHEREAS, subsequent to that initial stipulation for extension of time to file an answer or otherwise respond to the complaint, the parties entered into a second stipulation for an extension of time in this case and extended the time to file until August 21, 2018. (Dkt. No. 9.) That second stipulation was ratified by this Court on August 10, 2018. (Dkt. No. 10.)

WHEREAS, the parties entered into a third stipulation for extension of time to file an answer or otherwise respond to the complaint and extended the time to file until September 18, 2018. (Dkt. No. 11.) That third stipulation was ratified by this Court on August 22, 2018. (Dkt. No. 12.)

WHEREAS, the parties continue to work diligently on the terms of a new lease agreement which will address and otherwise cause the dismissal of this action. The parties represent to the Court by way of this stipulation that they are making progress negotiating the new agreement; however, because of the multiple layers of review made necessary because of the terms of the proposed new lease agreement, additional time is

required by both parties so as to address and work through the wording of the new agreement.

WHEREAS, pursuant to the Eastern District Local Rule 144, the parties now seek the Court's approval of American Towers and the Jackson Trust's fourth stipulation providing that the Jackson Trust may have up to and including November 16, 2018, to file an answer or otherwise respond to the complaint. This is the fourth extension of time in this case.

NOW, THEREFORE, by and through their respective counsel of record, American Towers and Jackson Trust hereby stipulate and agree, subject to approval by the Court, that the Jackson Trust's answer and/or response to American Towers' complaint in this matter shall be due November 16, 2018.

**IT IS SO STIPULATED.**

Dated: September 18, 2018          ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Todd A. Roberts*
Todd A. Roberts
Attorneys for Defendants
MARSHALL E. JACKSON and
NADJA M. JACKSON, co-trustees of
The Jackson Family Trust dated March 9, 2005

Dated: September 18, 2018          FITZGERALD YAP KREDITOR LLP

By: */s/ John C. Clough*
John C. Clough
Attorneys for Plaintiff
AMERICAN TOWERS LLC
(successor-in-interest to The Westlink Company)

In accordance with the foregoing stipulation, **IT IS SO ORDERED.**

Dated: September 20, 2018

Troy L. Nunley
United States District Judge

-3-
FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

4835-4488-3059.1